UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LEE C. MAY,**

    **Plaintiff,**

    v.                                                 Case No. 20-CV-188-SCD

**ANDREW M. SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

---

### ORDER APPROVING STIPULATED MOTION FOR REMAND

---

The parties' stipulated motion for remand, ECF No. 22, is **APPROVED**. The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary and issue a de novo decision that reevaluates the residual functional capacity and, following the sequential evaluation process, determines whether the plaintiff is disabled. The clerk of court shall enter judgment accordingly.

**SO ORDERED** this 28th day of September, 2020.

                                                                          STEPHEN C. DRIES
                                                                          United States Magistrate Judge